# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

**Civil Action No.: 5:20-cv-610-FL**

| | |
|---|---|
| Barbara Newman,<br><br>      Plaintiff,<br><br>      vs.<br><br>North Carolina Insurance Underwriting Association / North Carolina Joint Underwriting Association; Kellogg-Morgan Agency, Inc.; Nina Wethington a/k/a Nina T. Wethington a/k/a Nina Theodora Wethington; and John/Jane Does 1-100,<br><br>      Defendants. | **ORDER** |

      Based upon the foregoing Motion, and for good cause shown, it is ORDERED that Defendants North Carolina Insurance Underwriting Association ("NCIUA") and North Carolina Joint Underwriting Association ("NCJUA") may have up to and including December 27, 2020, within which to serve an Answer or other responsive pleading to the Plaintiff's Complaint.

      This the _____ day of _____, 2020.

                                            _____
                                            Presiding Judge/Magistrate Judge/Clerk

1